# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| Nan Shi <br> Plaintiff(s) <br><br> vs. <br><br> Meyers Management Co., Inc., Juecong Huang <br> Defendant(s) | CIVIL ACTION NO. *1546* 2:23-CV-920 <br> *Fee Paid Category #8* <br><br> COMPLAINT <br><br> Jury Trial Demanded <br><br> FILED <br> JUN - 1 2023 <br> CLERK U.S. DISTRICT COURT <br> WEST. DIST. OF PENNSYLVANIA |

## COMPLAINT

Plaintiff Nan Shi, through Pro se, alleges as follows:

### Introduction

1. Until May 28, 2023, Plaintiff sought tried to bar into a residence with someone will only be scene that happened in *Saw*. But on May 28, 2023, Defandents Meyers Management Co., Inc. and Juecong Huang bring this to his real life on a Sunday morning when plaintiff is showering and ready for Memorial Day.

### Parties to this Complaint

2. Plaintiff, Nan Shi (Plaintiff), is a permanent domiciliary of the State of New York.

3. Defendant, Juecong Huang, is a adult individual resides and study in Allegheny County, Pennsylvania. Location at 147 N Criag St, Apt 48, Pittsburgh, 15213.

4. Defendant, Meyers Management Co., Inc., is a Pittsburgh-based property management cooperation serving Western Pennsylvania, office at 1823 Penn Ave, Pittsburgh, PA 15221.

### Jurisdiction and Venue

5. This court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332.

6. Plaintiff, Nan Shi, is a permanent domiciliary of the State of New York. All other defendants either organized in, or reside in Pennsylvania. There is complete diversity between the Plaintiffs and defendants.Also, the amount the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff is demanding a amount exceed $75,000 for physcial injury, Intentional Infliction of Emotional Distress and punitaive damage.

7. The property and the events which give rise to the claims asserted in this civil action occurred in Allegheny County Pennsylvania. Therefore, pursuant to 28 U.S.C. § 1391(b) (2), the Western District of Pennsylvania's Pittsburgh division is the proper venue for this dispute.

### Facts

8. Plaintiff cannot understand and speak English, the facts are translated by Google and original Chinese version is attached as Exhibit A.

9. On May 28th, around 11:00 in the morning, I was taking a shower. For some reason, several people kept standing outside my door. I didn't know what they were doing. At my door, I was a little scared, I didn't know what happened, what was going to happen, so I quickly stopped taking a shower, I didn't even wash my hair, and then they seemed to ask me to open the door, and I heard someone knocking on the door, I don't know who it was, probably let me I open the door because I don't know or know who it is so I refuse to open the door because the previous few times people have been opening my door with keys and I think they are trying to hurt me, they keep using keys and other things

like power drills Ah, what kind of tools are needed to open the door, and then I used a chainsaw to saw the lock and a big hammer to smash the door. I don't know what they are going to do. I won't let them in. I told them that I don't know English, please use Chinese, they ignored me and continued to break the door, I couldn't understand what they were going to do, whether they were going to lock me up or kill me, I was getting more and more worried about my own safety, but I only had No one can do anything, they have been using various tools to open the door, I said what do you have to go to the court to find a judge to sue me, this is not possible, then it seems that the police came, the police asked me to open the door, did the police really look at it? To make them like this, I don't know. Is it the real police or lie to me, I always feel that the police are impossible, they kept knocking on the door, smashing the door, shaking and numb my hand and right knee, my knee was red and swollen, and then they kept beating , very strong, I just don't know what to do, I've never been so scared, I can't breathe, I even think about jumping off the building and fleeing, I started to tremble, my whole body trembled, I couldn't stand at all, so I had to sit on the Walker. Both hands and feet were pressed against the iron door, and they were completely numb from the huge and strong vibration of the sledgehammer. My mind was full of fear, as if I was about to face death. I thought I might I will never see my mother again. I hope that if I die, don't feel sorry for me. Forgive me for not listening to her and insisting on coming to the United States. I hope she will not be angry and live well by herself. I was crying at that time, and nothing If I can't say it, I just wait for the god of death to come.

5. This court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332.

6. Plaintiff, Nan Shi, is a permanent domiciliary of the State of New York. All other defendants either organized in, or reside in Pennsylvania. There is complete diversity between the Plaintiffs and defendants.Also, the amount the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff is demanding a amount exceed $75,000 for physcial injury, Intentional Infliction of Emotional Distress and punitaive damage.

7. The property and the events which give rise to the claims asserted in this civil action occurred in Allegheny County Pennsylvania. Therefore, pursuant to 28 U.S.C. § 1391(b) (2), the Western District of Pennsylvania's Pittsburgh division is the proper venue for this dispute.

## Facts

8. Plaintiff cannot understand and speak English, the facts are translated by Google and original Chinese version is attached as Exhibit A.

9. On May 28th, around 11:00 in the morning, I was taking a shower. For some reason, several people kept standing outside my door. I didn't know what they were doing. At my door, I was a little scared, I didn't know what happened, what was going to happen, so I quickly stopped taking a shower, I didn't even wash my hair, and then they seemed to ask me to open the door, and I heard someone knocking on the door, I don't know who it was, probably let me I open the door because I don't know or know who it is so I refuse to open the door because the previous few times people have been opening my door with keys and I think they are trying to hurt me, they keep using keys and other things

I am also very worried about my daughter. Without it, I hope that she will not be dragged down because of my burden and affect her supposedly beautiful life. I hope she will forgive me, not because I want to Staying in the United States, she will not be so lucky, I am sorry for her, and my wife, I did not listen to her insistence to stay in the United States, I have been separated from her for four years, I really feel sorry for her, It's all because I want to stay in the United States, thinking that I can have a good life through my own efforts, but there is nothing, only fear and fear.

10. The fire alarm was sounding outside, so I remembered that I needed to contact my daughter. Fortunately, she was thoughtful and gave me a mobile phone to contact her in the most urgent time. Reported to the FBI because the cops were probably their accomplices right outside and I don't know what was wrong. They came in, I prevented them from coming in, and asked them to go out, what can I ask the judge to solve. They have no scruples about breaking in.

11. The door lock fell and hit my left foot. It was bleeding. My fingers were burned by the sparks from the chainsaw. I was shaking completely. I couldn't hold my phone. My right knee was so sore and numb that I couldn't move. I could only stand against the wall. , In the end, there was no way, sitting on the Walker, unable to stand up again, looking at Huang Juecong and another woman, it should be his mother entering my room, and I was completely powerless to stop him, he said that the person who broke the door was someone from the property company , I can't move at all, powerless. There are so many bad guys in this world. Why doesn't God care about them?

12. All statement above has audio and vedio evidence.

13. These causes of action follow.

### COUNT I Tort to land – Physical Injury

14. All previous paragraphs are incorporated.

15. Defendants intentionally and actually invaded in land without permission using force, aware that people live inside, caused injury to plaintiff based on their actions.

### COUNT II Tort to Land - Intentional Infliction of Emotional Distress

16. All previous paragraphs are incorporated.

17. Defendants use extreme and outrageous force and life threating devices to damage the door, aware someone is inside, cannot understand English, directly cause plaintiff under the lasting real fear of death for more than 50 minutes, suffered extreme and unrecoverable mental injury and emotional distress, plaintiff suffers from nightmares, sleeplessness, depression and other manifestations of emotional distress, now plaintiff often fell down when walking due to emotional distress..

### Conclusion and Pray for Relief

Wherefore, the Plaintiff respectfully request judgment in her favor, and Compensatory that exceed $100,000 against Juecong Huang and exceed $500,000 against Meyers Management Co., Inc , and punitive damages be assessed against the Defendants in amounts to be determined by a jury, as well as for costs of suit, and interest on judgment, and any other relief deem just.

Respectfully Submitted on June 1st, 2023.

Nan Shi

*Nan Shi*